U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed February 9, 2009**                      **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| BTWW Retail, LP, | § | Case No. 08-35725-BJH-11 |
| Corral West Ranchwear, LLC, | § | Case No. 08-35731-BJH-11 |
| CWR Workwear Depot, LLC | § | Case No. 08-35727-BJH-11 |
| Corral West Ranchwear Catalog, LLC | § | Case No. 08-35734-BJH-11 |
| | § | |
| Debtors. | § | (Jointly Administered Under |
| | § | Case No. 08-35725-BJH-11) |
| | § | |
| | § | Hearing Date: January 5, 2009 |
| | § | Hearing Time: 1:15 p.m. |

**FINAL ORDER REGARDING APPLICATION UNDER SECTIONS
327(a) AND 328 OF THE BANKRUPTCY CODE TO APPROVE THE
EMPLOYMENT AND RETENTION OF RETAIL CONSULTING SERVICES,
INC., D/B/A RCS REAL ESTATE ADVISORS AS REAL ESTATE
<u>CONSULTANT FOR THE DEBTORS</u>**

Upon the application dated December 11, 2008 (the "<u>Application</u>")[1] of the above-

captioned debtors (the "<u>Debtors</u>"), for entry of an order, pursuant to Sections 327(a) and

328 of the Bankruptcy Code, authorizing the employment and retention of Retail

---

[1]   Any defined terms not defined herein shall have the meanings set forth in the Application.

Consulting Services, Inc., d/b/a RCS Real Estate Advisors ("RCS") as real estate consultant for the Debtors; and upon the Declaration of Ivan L. Friedman; and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Debtors are authorized to retain RCS as their real estate consultant pursuant to 11 U.S.C. § 327 and 328 as described in the Application and the Friedman Affidavit; and it is further

**ORDERED** that all amounts payable to RCS described in the Application shall be payable to RCS promptly following the closing of the sale approved in the *Final Order Approving Motion For Order: (A) Setting (1) Date To Conduct Auction And Private Sales Of Debtors' Interests In Non-Residential Real Property Leases, And (2) Final Hearing Date For Approval Of Auction, Private Sales And Resolution Of All Unresolved Cure Amounts; (B) Approving Bidding Procedures And Terms Of Auction And Private Sales; (C) Authorizing Debtors To Enter Into Lease Termination Agreements; (D) Approving And Authorizing Sale Of Leases To Highest Or Best Bidder Or Purchaser At Private Sale Free And Clear Of All Liens, Interests, Claims And Encumbrances Pursuant To Sections 363(b), 363(d) And 363(m) Of The Bankruptcy Code; (E) Waiving The Requirements Of Federal Rules Of Bankruptcy Procedure 6004(g) And 6006(d); And (F) Granting Related Relief* without the need for any application of RCS therefor or a further order of this Court; provided, however, any and all amounts of expenses of RCS must be reasonable, and to the extent that the Debtors or the Committee objects to the reasonableness of same, this Court shall determine the reasonableness of such expenses.

### END OF ORDER ###