U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed June 15, 2009**                                                **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| **BTWW Retail, LP,** | § | Case No. 08-35725-BJH-11 |
| **Corral West Ranchwear, LLC,** | § | Case No. 08-35731-BJH-11 |
| **CWR Workwear Depot, LLC** | § | Case No. 08-35727-BJH-11 |
| **Corral West Ranchwear Catalog, LLC** | § | Case No. 08-35734-BJH-11 |
| | § | |
| Debtors. | § | (Jointly Administered Under |
| | § | Case No. 08-35725-BJH-11) |
| | § | |
| | § | Hearing Date:  May 27, 2009 |
| | § | Hearing Time: 1:15 p.m. |

**ORDER GRANTING AMENDED APPLICATION UNDER SECTIONS 327(a)
AND 328 OF THE BANKRUPTCY CODE TO APPROVE THE EMPLOYMENT
AND RETENTION OF BRUSNIAK BLACKWELL, PC**

Upon the Amended Application (the "Application")[1] dated April 27, 2009 of the above-captioned debtors (the "Debtors"), for entry of an order, pursuant to Sections 327(a) and 328 of the Bankruptcy Code, authorizing the employment and retention of

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

Brusniak Blackwell, PC ("Brusniak") as the Debtors' Texas ad valorem tax counsel; and upon the Declaration of Rick L. Duncan (the "Duncan Declaration"); and the Court being satisfied, based upon the representations made in the Application and the Duncan Declaration, that Brusniak represents no interest adverse to the Debtors' estates or their creditors with respect to the matter upon which it is to be engaged, that it is a disinterested person as that term is defined under Section 101(14) of the Bankruptcy Code, and that its employment is necessary and in the best interests of the Debtors' estates and their creditors; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Application is granted and approved in all respects; and it is further

**ORDERED** that, pursuant to Sections 327(a) and 328 of the Bankruptcy Code, the Debtors are hereby authorized to employ Brusniak as their Texas ad valorem tax counsel, to perform the services set forth in the Application; and it is further

**ORDERED** that Brusniak shall be compensated in accordance with the terms and conditions as set forth in the Application and in the Agreement; and it is further

**ORDERED** that the Debtors are authorized to pay to Brusniak any compensation payable under the terms of the Agreement without any further Order of the Court or application for payment.

### END OF ORDER ###

**ORDER GRANTING AMENDED APPLICATION UNDER SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE TO APPROVE THE EMPLOYMENT AND RETENTION OF BRUSNIAK BLACKWELL, PC**

Page 2 of 2