U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 15, 2009                                            United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| BTWW Retail, LP, | § | Case No. 08-35725-BJH-11 |
| Corral West Ranchwear, LLC, | § | Case No. 08-35731-BJH-11 |
| CWR Workwear Depot, LLC | § | Case No. 08-35727-BJH-11 |
| Corral West Ranchwear Catalog, LLC | § | Case No. 08-35734-BJH-11 |
| | § | |
| Debtors. | § | (Jointly Administered Under |
| | § | Case No. 08-35725-BJH-11) |
| | § | |
| | § | Hearing Date: May 27, 2008 |
| | § | Hearing Time: 1:15 p.m. |

ORDER GRANTING AMENDED APPLICATION UNDER SECTIONS
327(a) AND 328 OF THE BANKRUPTCY CODE TO APPROVE THE
EMPLOYMENT AND RETENTION OF McGEE, HEARNE & PAIZ, LLP
<u>AS ACCOUNTANTS FOR THE DEBTORS</u>

Upon the Amended Application dated April 30, 2009 (the "<u>Application</u>")[1] of the above-captioned debtors (the "<u>Debtors</u>"), for entry of an order, pursuant to Sections 327(a) and 328 of the Bankruptcy Code, authorizing the employment and retention of McGee, Hearne & Paiz, LLP ("<u>McGee</u>") as accountants for the Debtors; and upon the Declaration of James W. Hearne; and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that the Debtors are authorized to employ McGee pursuant to 11 U.S.C. § 327 and 328 according to the terms set forth in the Application.

### END OF ORDER ###

---

[1] Any defined terms not defined herein shall have the meanings set forth in the Application.

ORDER GRANTING AMENDED APPLICATION UNDER SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE TO APPROVE THE EMPLOYMENT AND RETENTION OF McGEE, HEARNE & PAIZ, LLP AS ACCOUNTANTS FOR THE DEBTORS

Page 2 of 2