

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 6, 2009**                                                                 **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **In Re:** | § | Chapter 11 |
| | § | |
| **BTWW Retail, LP,** | § | Case No. 08-35725-BJH-11 |
| **Corral West Ranchwear, LLC,** | § | Case No. 08-35731-BJH-11 |
| **CWR Workwear Depot, LLC** | § | Case No. 08-35727-BJH-11 |
| **Corral West Ranchwear Catalog, LLC** | § | Case No. 08-35734-BJH-11 |
| | § | |
| **Debtors.** | § | (Jointly Administered Under |
| | § | Case No. 08-35725-BJH-11) |
| | § | |
| | § | Hearing Date: July 29, 2009 |
| | § | Hearing Time: 1:15 p.m. |

**ORDER GRANTING APPLICATION UNDER SECTION 327(a)
OF THE BANKRUPTCY CODE TO APPROVE THE EMPLOYMENT AND
RETENTION OF LOCKE LORD BISSELL & LIDDELL LLP
AS SALES AND USE TAX COUNSEL**

Upon the Application (the "<u>Application</u>")[1] dated July 6, 2009 of the above-captioned debtors (the "<u>Debtors</u>"), for entry of an order, pursuant to Section 327(a) of the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

**ORDER GRANTING APPLICATION UNDER SECTION 327(a) OF THE BANKRUPTCY CODE
TO APPROVE THE EMPLOYMENT AND RETENTION OF LOCKE LORD BISSELL & LIDDELL LLP
AS SALES AND USE TAX COUNSEL**

Page 1 of 2

Bankruptcy Code, authorizing the employment and retention of Locke Lord Bissell & Liddell LLP ("Locke Lord") as the Debtors' sales and use tax counsel; and upon the Declaration of Geoffrey R. Polma (the "Polma Declaration"); and the Court being satisfied, based upon the representations made in the Application and the Polma Declaration, that Locke Lord represents no interest adverse to the Debtors' estates or their creditors with respect to the matter upon which it is to be engaged, that it is a disinterested person as that term is defined under Section 101(14) of the Bankruptcy Code, and that its employment is necessary and in the best interests of the Debtors' estates and their creditors; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Application is granted and approved in all respects; and it is further

**ORDERED** that, pursuant to Sections 327(a) of the Bankruptcy Code, the Debtors are hereby authorized to employ Locke Lord as their sales and use tax counsel, to perform the services set forth in the Application; and it is further

**ORDERED** that Locke Lord shall be compensated in accordance with the provisions of section 330(a) of the Bankruptcy Code or as otherwise Ordered by the Court.

### END OF ORDER ###

**ORDER GRANTING APPLICATION UNDER SECTION 327(a) OF THE BANKRUPTCY CODE
TO APPROVE THE EMPLOYMENT AND RETENTION OF LOCKE LORD BISSELL & LIDDELL LLP
AS SALES AND USE TAX COUNSEL**

Page 2 of 2